IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAKSHMI ARUNACHALAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 13-1350-RGA |
| ) | |
| PAYCOM PAYROLL, LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATED DISMISSAL

Lakshmi Arunachalam ("Plaintiff") filed her Complaint for Patent Infringement against Paycom Payroll, LLC ("Paycom"), asserting infringement of U.S. Patent No. 8,244,833 ('833 patent) and alleging Plaintiff to be the owner of all rights, title, and interest in the '833 patent.

Plaintiff states that the '833 patent has been assigned to Pi-Net International Inc. (Pi-Net). Pi-Net has filed a new complaint asserting infringement of the '833 patent against Paycom.

Pi-Net agrees not to allege willful infringement or indirect infringement of the '833 Patent against Paycom based on pre-suit knowledge arising from the filing of the above-captioned action. Pi-Net reserves the right to make allegations of willfulness or indirect infringement should discovery uncover pre-suit knowledge of the '833 patent independent of the filing of the above-captioned action.

Therefore, it is hereby stipulated and agreed by and between Plaintiff and Paycom through their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All attorneys' fees, expenses, and costs are to be borne by the party that incurred them. Notwithstanding the foregoing, the prevailing party in the Pi-Net action reserves the right under

35 U.S.C.§ 285, if any, to seek costs, expenses, and fees relating to the Pi-Net action, in any future motion pursuant to 35 U.S.C.§ 285.

| | |
|---|---|
| */s/ George Pazuniak* | */s/ Chad M. Shandler* |
| George Pazuniak (#478) | Frederick L. Cottrell, III (#2555) |
| O'Kelly Ernst & Bielli, LLC | Chad M. Shandler (#3796) |
| 901 North Market Street, Suite 1000 | Travis S. Hunter (#5350) |
| Wilmington, DE  19801 | Richards, Layton & Finger |
| (302) 778-4000 | One Rodney Square |
| GP@del-iplaw.com | 920 North King Street |
| | Wilmington, Delaware 19801 |
| | (302) 651-7509 |
| | cottrell@rlf.com |
| | hunter@rlf.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| *Lakshmi Arunachalam* | *Paycom Payroll, LLC* |

**IT IS SO ORDERED** this _____ day of _____

_____
Honorable Richard G. Andrews